# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv88

| | |
|---|---|
| SENN BROS., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| FOOTHILLS MEAT & PRODUCE, ) | |
| INC.; RANDY McKINNEY; and ) | |
| BENJAMIN DAVID ADAMS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the court's Motion for Case Status. It appears from a review of the record that plaintiff has obtained service over all defendants, and that the last possible date for any defendant to serve an Answer was January 31, 2008.[1] Plaintiff should take whatever action is necessary or it deems appropriate to move the case forward.

---

[1] The court recognizes plaintiff's tremendous efforts in this matter in obtaining service and notes that the delay at this point is minimal, if any. However, this case came to the court's attention during its periodic review of all cases in the Statesville Division and thus must be moved forward.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court's Motion for Case Status is **GRANTED,** and plaintiff shall file an appropriate motion not later than February 22, 2008, to move this case forward.

Signed: February 13, 2008

Dennis L. Howell
United States Magistrate Judge